# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOE DE LA LUZ VALADEZ, <br> Plaintiff, <br> v. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br> Defendant. | Case No. 2:20-cv-08061-GJS <br><br> **[PROPOSED]** JUDGMENT |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: May 12, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE